# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Calvin Kuahiwinui,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Unknown Heeman, et al.,<br><br>　　　　Defendants. | No. CV-19-05813-PHX-ROS<br><br>**ORDER** |

On September 29, 2020, Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending Plaintiff Calvin Kuahiwinui's Complaint as to all remaining Defendants be dismissed without prejudice for failure to timely serve pursuant to Fed. R. Civ. P. 4(m). Plaintiff's objections to the R&R were due on October 16, 2020. Plaintiff did not file any objections. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 9) is **ADOPTED IN FULL**. This matter is **DISMISSED WITHOUT PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m).

Dated this 27th day of October, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge